UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Joseph W Middleton | § § | Case No. 13-29372 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DEBORAH M. GUTFELD_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | PNC Bank, N.A. Po Box 3180 Pittsburgh, PA 15230 |  |  |  |  |  |
|  | PNC Mortgage 3232 Nemark Dr Miamisburg, OH 45342 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Education Services Po Box 2461 Harrisburg, PA 17105 | | | | | |
| | American Education Services Po Box 2461 Harrisburg, PA 17105 | | | | | |
| | Associated Bank 1305 Main Street Stevens Point, WI 54481 | | | | | |
| | Barack Ferrazzano et al. Attn: William J. Barrett, Esq. 200 W Madison Street Ste 3900 Chicago, IL 60606 | | | | | |
| | David Leibowitz, Chapter 7 Trustee Estate of McDonough Assoc. 420 Clayton Street Waukegan, IL 60085 | | | | | |
| | JP Morgan Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| 3 | American Education Services | | | | | |
| 1 | Associated Bank | | | | | |
| 2 | Chapter 7 Trustee David Leibowitz | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Ecast Settlement Corporation, Assignee | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 13-29372 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | Joseph W Middleton | | | | Date Filed (f) or Converted (c): | 07/23/2013 (f) |
| | | | | | 341(a) Meeting Date: | 09/10/2013 |
| For Period Ending: | 08/14/2014 | | | | Claims Bar Date: | 12/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1307 S Wabash, Apt. 402, Chicago, Il 60605 (Condominium Unit | 237,178.00 | 0.00 | | 0.00 | FA |
| 2. Joint Checking Account With Spouse - Capital One; Total Valu | 450.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account - Capital One | 5.00 | 3.00 | | 0.00 | FA |
| 4. Checking Account - Associated Bank | 20.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Furniture Electronics And Other Household Good | 500.00 | 500.00 | | 0.00 | FA |
| 6. Childrens Toys And Games; Owned Jointly With Spouse; Total V | 375.00 | 375.00 | | 0.00 | FA |
| 7. Clothng And Shoes | 500.00 | 0.00 | | 0.00 | FA |
| 8. Wedding Ring | 350.00 | 350.00 | | 0.00 | FA |
| 9. Term Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2 Section 529 College Savings Plans - Vanguard; Total Value: | 13,400.00 | 0.00 | | 0.00 | FA |
| 11. Ira Account (Vanguard) | 216,000.00 | 0.00 | | 0.00 | FA |
| 12. 401(K) Account - John Hancock | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. 2009 Jetta Sportwagen (45,000 Miles) | 10,500.00 | 4,572.00 | | 4,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $480,278.00 | $5,800.00 | | $4,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR submitted to the Office of the U.S. Trustee for review and approval on June 27, 2014.

Initial Projected Date of Final Report (TFR):          Current Projected Date of Final Report (TFR):

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-29372 |
| Case Name: | Joseph W Middleton |
| Taxpayer ID No: | XX-XXX6950 |
| For Period Ending: | 08/14/2014 |

| | |
|---|---|
| Trustee Name: | DEBORAH M. GUTFELD |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX7841 |
| | Checking |
| Blanket Bond (per case limit): | $100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/13 | 13 | Capital One<br>1 South Orange Street<br>Wimington, DE 19801 | | 1129-000 | $4,000.00 | | $4,000.00 |
| 03/27/14 | 101 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,000.00 | $3,000.00 |
| 03/27/14 | 102 | Associated Bank<br>1305 Main Street<br>Stevens Point, Wi 54481 | Final distribution to claim 1 representing a payment of 1.69 % per court order. | 7100-000 | | $1,686.97 | $1,313.03 |
| 03/27/14 | 103 | Chapter 7 Trustee David Leibowitz<br>David Leibowitz, Chapter 7 Trustee<br>Estate Of Mcdonough Associates, Inc.<br>C/O Barack Ferrazzano Kirschbaum<br>200 W. Madison St., Suite 3900<br>Chicago, Il 60606 | Final distribution to claim 2 representing a payment of 1.69 % per court order. | 7100-000 | | $830.09 | $482.94 |
| 03/27/14 | 104 | American Education Services<br>Po Box 8183<br>Harrisburg, Pa 17105 | Final distribution to claim 3 representing a payment of 1.69 % per court order. | 7100-000 | | $246.46 | $236.48 |
| 03/27/14 | 105 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 4 representing a payment of 1.69 % per court order. | 7100-000 | | $236.48 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $4,000.00 | $4,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,000.00 | $4,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,000.00 | $4,000.00 |

Page Subtotals: $4,000.00 $4,000.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7841 - Checking | $4,000.00 | $4,000.00 | $0.00 |
|  | $4,000.00 | $4,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,000.00 |
| Total Gross Receipts: | $4,000.00 |

Page Subtotals:    $0.00    $0.00