UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Jose C. Humanez, | ) | Case No. 13 B 11296 |
| Astrid M. Humanez, | ) | |
| | ) | |
| Debtors. | ) | Honorable Judge Pamela S. Hollis |
| | ) | |

### NOTICE OF WITHDRAWAL

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on August 14, 2014 (**Document #28**) is withdrawn.   It is withdrawn because the wrong PDF was filed.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

### CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on August 14, 2014, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on August 14, 2014.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Deborah Michelle Gutfeld
Gutfeldch7@perkinscole.com

Robert Schwaba
rschwaba@robertjsemrad.com

Patrick Semrad
psemrad@robertjsemrad.com

**Parties Served via First Class Mail:**

Jose C. Humanez
Astrid M. Humanez
160 Oxmoore Rd
Apt 152
Birmingham, AL 35209